UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTWONE DORNELL GOOLSBY, SR., <br><br> Plaintiff, <br><br> v. <br><br> JOHN CAMPBELL, et al., <br><br> Defendants. | Case No. 3:19-cv-05321-BHS-TLF <br><br> REPORT AND RECOMMENDATION <br><br> NOTED: JULY 16, 2019 |

**VACATED per Order #7**

Plaintiff filed an application for leave to proceed *in forma pauperis* (IFP) and a proposed civil rights complaint under 42 U.S.C. § 1983 (Dkt. 1). To file a complaint and initiate legal proceedings plaintiff must pay a Court filing fee of $400.00 or file a proper IFP application. Local Civil Rule 3(b), (c).

Plaintiff filed his application and proposed complaint on April 19, 2019. Dkt. 1. On April 22, the Clerk's Office sent plaintiff a letter informing plaintiff that his application was deficient—namely, that it did not include a certified copy of the prison trust account statement showing transactions for the last six months—and giving plaintiff until May 22, 2019, to provide either the filing fee or a complete IFP application. Dkt. 3. On May 23, the Court ordered that Plaintiff show cause why the complaint should not be dismissed and to seek to cure the deficiency by no later than June 21, 2019. Dkt. 4.

REPORT AND RECOMMENDATION - 1

1     To date, plaintiff has not paid the filing fee or filed a proper IFP application. Accordingly
2 the undersigned recommends that the Court DISMISS the complaint without prejudice for failure
3 to prosecute.

4     The parties have **fourteen (14) days** from service of this Report and Recommendation to
5 file written objections thereto. 28 U.S.C. § 636(b)(1); FRCP 6; FRCP 72(b). Failure to file
6 objections will result in a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474
7 U.S. 140 (1985). Accommodating this time limitation, this matter shall be set for consideration
8 on **July 16, 2019** as noted in the caption.

9     Dated this 2nd day of July, 2019.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

*VACATED per Order #7*

REPORT AND RECOMMENDATION - 2