UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTWONE DORNELL GOOLSBY SR,

          Plaintiff,

  v.

JOHN CAMPBELL,

          Defendants.

Case No. C19-5321 BHS-TLF

ORDER VACATING REPORT AND RECOMMENDATION

The District Court referred this matter, filed pursuant to 42 U.S.C. § 1983, to United States Magistrate Judge Theresa L. Fricke. Plaintiff filed an Application to Proceed *In Forma Pauperis* on April 19, 2019, but did not include his prison trust statement. Dkt. 1.

On April 22, the Court mailed plaintiff instructions to provide a certified copy of his prison trust account statement May 22, 2019, to correct the deficiency in his application. Dkt. 3. Plaintiff was ordered to show cause, or, in the alternative, correct the deficiency on or before June 21, 2019. Dkt. 4.

Plaintiff filed his prison trust account statement on June 28, 2019, and the document was entered into the docket on July 3, 2019. Dkt. 6. Between the date that plaintiff's prison trust account statement was received by the clerk's office and the date receipt of the statement was docketed, the undersigned entered a report and recommendation finding plaintiff had failed to comply with the Court's Order to Show Cause and recommending plaintiff's Application to

ORDER VACATING REPORT AND
RECOMMENDATION - 1

Proceed *In Forma Pauperis* be denied. Dkt. 5. As Plaintiff has cured the deficiency in his application, the undersigned vacates the Report and Recommendation (Dkt. 5).

Dated this 3rd day of July, 2019.

Theresa L. Fricke
United States Magistrate Judge

ORDER VACATING REPORT AND
RECOMMENDATION - 2