UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTWONE DORNELL GOOLSBY SR,<br><br>                     Plaintiff,<br><br>   v.<br><br>JOHN CAMPBELL, et al.,<br><br>                     Defendants. | CASE NO. C19-5321 BHS-TLF<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 10. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Defendants' motion to dismiss, Dkt. 15, is **GRANTED**;

(3)     Plaintiff's Complaint is **DISMISSED without prejudice** and with leave to amend; and

(4) This matter is re-referred to Magistrate Judge Theresa L. Fricke for further proceedings, including setting a deadline for Plaintiff to file an amended complaint.

Dated this 1st day of April, 2020.

BENJAMIN H. SETTLE
United States District Judge