UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTWONE DORNELL GOOLSBY SR,

    Plaintiff,

v.

JOHN CAMPBELL,

    Defendants.

Case No. C19-5321 BHS-TLF

ORDER DIRECTING AMENDMENT OF COMPLAINT

The Court has adopted the Report and Recommendation (Dkt. 25) and dismissed plaintiff Antwone Goolsby's previously filed complaint for failure to state a claim. The Court has granted leave for plaintiff Antwone Goolsby to file an amended complaint and directed that a filing deadline should be set for the proposed amended complaint. Dkt. 26.

Plaintiff is directed to **file an amended complaint on or before June 17, 2020**, which shall include all of plaintiff's claims against all intended defendants, all the facts connecting defendants' conduct to plaintiff's claims, and any other relevant facts or allegations of violations of plaintiff's constitutional rights.

The proposed amended complaint must be self-contained. It must be legibly rewritten in handwritten form, or retyped, in its entirety and contain the same case number. It may incorporate independent documents by reference, so long as those documents are not the previously-filed or previously-proposed complaints.

ORDER DIRECTING AMENDMENT OF COMPLAINT - 1

Any cause of action alleged in the original complaint that is not alleged in the amended complaint is waived. *Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir. 1997), *overruled in part on other grounds*, *Lacey v. Maricopa Cnty.*, 693 F.3d 896 (9th Cir. 2012.

The Court will screen the amended complaint to determine whether it states a claim for relief cognizable under 42 U.S.C. § 1983. If the amended complaint is not timely filed or fails to adequately address the issues raised in the Report and Recommendation (Dkt. 25), the undersigned will recommend dismissal of this action as frivolous under 28 U.S.C. § 1915, and the dismissal will count as a "strike" under 28 U.S.C. § 1915(g). Plaintiff should be aware that a prisoner who brings three or more civil actions or appeals that are dismissed on the grounds that they are legally frivolous, malicious, or fail to state a claim, will be precluded from bringing any other civil action or appeal in forma pauperis, "unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

The Clerk is directed to send Plaintiff the appropriate forms for filing a 42 U.S.C. § 1983 civil rights complaint and for service, a copy of this Order and the Pro Se Information Sheet.

Dated this 10th day of April, 2020.

Theresa L. Fricke
United States Magistrate Judge

ORDER DIRECTING AMENDMENT OF COMPLAINT - 2