UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTWONE DORNELL GOOLSBY, SR.,<br><br>Plaintiff,<br><br>v.<br><br>JOHN CAMPBELL, et al.<br><br>Defendants. | CASE NO. C19-5321 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 42. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Defendants' motion to dismiss, Dkt. 40, is **GRANTED**;

(3) Plaintiff's claims are **DISMISSED with prejudice**;

ORDER - 1

1 | (4) Plaintiff's *in forma pauperis* status shall be maintained for the purposes of
2 | appeal; and
3 | (5) The Clerk shall enter JUDGMENT and close this case.
4 | Dated this 14th day of June, 2021.

                                                          */s/ Benjamin H. Settle*
                                           BENJAMIN H. SETTLE
                                           United States District Judge

ORDER - 2